UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ARMAND PETRI, as p/n/g of A.J. PETRI,
an infant,

      Plaintiff,

                   ORDER
v.                  09-CV-597A

LAKE SHORE CENTRAL SCHOOLS and
FRANK NICOTRA,

      Defendants.

---

   The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 25, 2013, Magistrate Judge Foschio filed a Report and Recommendation, recommending that the proposed settlement for the infant Plaintiff should be approved.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, including the joint notice of no objections filed on September 27, 2013, therefore,  it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, the proposed settlement for the infant plaintiff is approved.

   The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2013